# EXHIBIT B

Case 1:09-cv-00592-UNA    Document 1-2    Filed 08/11/2009    Page 2 of 2

News Corp. COO: Redbox Is 'a Problem' - FOXBusiness.com

Page 1 of 1

Home / Markets / Industries / Media

Wednesday, August 05, 2009

# News Corp. COO: Redbox Is 'a Problem'

ShareThis | Respond to Editor | Print

David B. Wilkerson
MarketWatch Pulse

CHICAGO — News Corp. Chief Operating Officer Chase Carey said Wednesday that Redbox DVD rental kiosks, located in an increasing number of locations across the U.S., represent a "problem" for the entertainment conglomerate because they offer new-release titles for rental at $1 per disc. "I think making our content available for $1 seriously undervalues it," Carey told analysts during a conference call, adding that that the company is "actively" seeking ways to address the issue.

Copyright © 2009 MarketWatch, Inc.

### PEOPLE WHO READ THIS ALSO READ

Murdoch: We Will Charge For All News Sites

Cavuto: White House Not Concerned Over Health-Care Protests

Murdoch: No Clear Signs Of Fast Recovery

Sunoco Swings To a Loss On Weak Refining Margins

Postmaster General to Ask to Cut Saturday Service

ADVERTISEMENTS

Illinois Auto Insurance
New Low Rates, Save An Avg $484* with The Hartford! Free Online Quotes.
TheHartfordAuto.com

Top Penny Stocks To Buy
Penny Stocks Ready To Explode! Invest Now!
JustClickLocal.com

Solar Stock Pick - EVSO
Green Energy Growth Stock Investment. Solar Power. Invest Now.
www.EvolutionSolar.com

BUY A LINK HERE

HOME | VIDEO | MARKETS | PERSONAL FINANCE | MY MONEY | ON AIR | RSS FEEDS | MOBILE | CONTACT US | ABOUT US | FAQS

Personal Finance – Investing - Financial News - Business News - Stock Market Quotes & News - Small Business

Advertise with us | Jobs at FOX Business Network | Internships at FBN

Terms of use. Privacy Statement. For FOXBusiness.com technical issues write to foxbusinessonline@foxbusiness.com; for all other feedback, write to feedback@foxbusiness.com.

Quotes delayed at least 15 minutes. Market Data provided by Interactive Data (Terms & Conditions). Powered and Implemented by Interactive Data Managed Solutions. Company fundamental data provided by Morningstar. Earnings estimates data provided by Zacks. Mutual fund data provided by Lipper. Economic data provided by Econoday. Dow Jones & Company Terms & Conditions.

This material may not be published, broadcast, rewritten, or redistributed. ©2009 FOX News Network, LLC. All rights reserved.