**EXHIBIT D**

| TITLE | THEATRICAL DATE | DVD DATE |
|---|---|---|
| The Poughkeepsie Tapes | 2009 | |
| Night at the Museum 2 | 5/22/09 | 12/1/09 |
| Ice Age 3 | 7/1/09 | 10/27/09 |
| 500 Days of Summer | 7/17/09 | 12/22/09 |
| Adam | 7/29/09 | Q4 - 2009 |
| Aliens in the Attic | 7/31/09 | 11/10/09 |
| Post Grad | 8/21/09 | 12/22/09 |
| All About Steve | 9/4/09 | 12/22/09 |
| Jennifer's Body | 9/18/09 | 12/22/09 |
| Red Dawn (remake) | 2010 | |
| Fame (2009_ | 9/25/09 | Jan - 2010 |
| Whip It | 10/9/09 | |
| Gentleman Broncos | 10/9/09 | |
| Amelia | 10/23/09 | |
| Fantastic Mr. Fox | 11/13/09 | 3/16/10 |
| 3 Stooges Project | 11/20/09 | |
| Avatar | 12/18/09 | 3/30/10 |
| Alvin & The Chipmunks 2 | 12/25/09 | March - 2010 |
| The Tooth Fairy | 1/22/10 | 3/23/10 |
| The Cabin in the Woods | 2/5/10 | |
| Percy Jackson & the Olympians | 2/12/10 | |
| Hot Tub Time Machine | 2/26/10 | |
| Our Family Wedding | 3/19/10 | |
| Diary of a Wimpy Kid | 4/2/10 | |
| Date Night | 4/9/10 | |
| Wall Street 2 | 4/23/10 | |
| Marmaduke | 6/4/10 | |
| The A-Team | 6/11/10 | |
| Tom Cruise / Cameron Diaz Project | 7/2/10 | |
| Robert Rodriguez's Predators | 7/9/10 | |
| Ramona and Beezus | 8/13/10 | |
| The Zookeeper | 10/8/10 | |
| Unstoppable | 11/12/10 | |
| Chronicles of Narnia: Voyage of the Dawn Treader | 12/10/10 | |
| Gulliver's Travels | 12/24/10 | |
| Margaret | 2009 / 2010 | |
| Possession | DTV | Q4 - 2009 |