RECEIPT FOR AO FORM 85 AND AO FORM 85A

United States District Court for the District of Delaware

Civil Action No. __09-592__

# ACKNOWLEDGMENT OF RECEIPT FOR:

**AO FORM 85, NOTICE, CONSENT, AND REFERENCE OF A CIVIL CASE TO A MAGISTRATE JUDGE,**

AND

**AO FORM 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.**

I hereby acknowledge receipt of ___1___ copies of AO forms 85 and 85A.

___AUG 2009___    _____[signature]_____
(Date forms provided)    (Signature of person receiving forms)

___Kevin Reinbold___
(Printed name of recipient/name of firm

NOTE:

Signed receipt form will be filed and docketed.