IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TWENTIETH CENTURY FOX HOME ) <br> ENTERTAINMENT, LLC ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Civil Action No. <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF REDBOX AUTOMATED RETAIL, LLC'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Redbox Automated Retail, LLC ("Redbox") hereby provides the following disclosure statement:

Redbox is a Delaware limited liability company. Coinstar, Inc. is a publicly held company that owns 10% or more of Redbox's stock. No other publicly held company owns 10% or more of the stock of Redbox.

Of Counsel:

Charles S. Bergen
Michael S. Gulland
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700

Frederick W. Stein
Redbox Automated Retail, LLC
One Tower Lane, Suite 1200
Oakbrook Terrace, Illinois 60181
Phone: (630) 756-8255

Dated: August 11, 2009

/s/ Henry E. Gallagher, Jr.
Henry E. Gallagher, Jr. (DE Bar ID #495)
Chad S.C. Stover (DE Bar ID #4919)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Plaintiff*

709058_1.DOC