Redbox Automated Retail LLC v. Twentieth Century Fox Home Entertainment LLC      Doc. 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 09-592-RBK |
| | ) |
| TWENTIETH CENTURY FOX HOME | ) |
| ENTERTAINMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER FOR EXTENSION
## OF TIME TO ANSWER OR OTHERWISE RESPOND

It is hereby stipulated this 28th day of August, 2009, by defendant, Twentieth Century Fox Home Entertainment, LLC, and by plaintiff, Redbox Automated Retail, LLC, subject to the approval of the Court, that at defendant's request, the time for Twentieth Century Fox Home Entertainment, LLC to answer, move or otherwise respond to the Complaint shall be extended until and including October 1, 2009.

/s/ Henry E. Gallagher, Jr.
Henry E. Gallagher, Jr. (No. 495)
Chad S. C. Stover (No. 4919)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-
Tel: (302) 888-6288
Fax: (302) 658-0380
Email: hgallagher@cblh.com
*Attorney for Redbox Automated Retail, LLC*

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR ANDREWS
 & INGERSOLL, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 252-4447
Fax: (302) 355-0221
Email: moskowb@ballardspahr.com

*Attorney for Twentieth Century Fox Home Entertainment, LLC*

OF COUNSEL

Charles S. Bergen
Michael S. Gulland
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700

OF COUNSEL

Yosef Riemer
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York City, NY 10022
Tel: (212) 446-4802
Email: yosef.riemer@kirkland.com

DMEAST #11769795 v1

Dockets.Justia.com

| | |
|---|---|
| Frederick W. Stein<br>Redbox Automated Retail, LLC<br>One Tower Lane, Suite 1200<br>Oakbrook Terrace, IL 60181<br>Tel: (630) 756-8255 | Corey C. Watson<br>KIRKLAND & ELLIS LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Tel: (213) 680-8482<br>Email: corey.watson@kirkland.com<br><br>Neal Walters<br>BALLARD SPAHR ANDREWS<br>  & INGERSOLL<br>Plaza 1000 - Suite 500<br>Main Street<br>Vorhees, NJ 08043<br>Tel: (856) 761-3438<br>Email: waltersn@ballardspahr.com |

SO ORDERED:

_____
HONORABLE ROBERT B. KUGLER
United States District Court Judge