# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. CV-00592-RBK |
| vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| TWENTIETH CENTURY FOX HOME | ) |
| ENTERTAINMENT, LLC | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Michael S. Gulland to represent the plaintiff, Redbox Automated Retail, LLC, in this matter.

/s/ Henry E. Gallagher, Jr.
Henry E. Gallagher, Jr. (DE Bar ID #495)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Plaintiff*

Date: September ___, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____          _____
                                      United States District Judge

785485.1