## **CERTIFICATE OF SERVICE**

I, Henry E. Gallagher, Jr., hereby certify that on September 2, 2009, I electronically filed the foregoing **Motion and Order for Admission Pro Hac Vice** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Beth Moskow-Schnoll
>Ballard, Spahr, Andrews & Ingersoll, LLP
>919 North Market Street
>12th Floor
>Wilmington, DE 19801-3034
>Email: moskowschnollb@ballardspahr.com

>>*/s/ Henry E. Gallagher, Jr.*
>>Henry E. Gallagher, Jr. (DE Bar ID #495)