# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

REDBOX AUTOMATED RETAIL, LLC )
)
Plaintiff, )
) Civil Action No. CV-00592-RBK
vs. )
) **JURY TRIAL DEMANDED**
TWENTIETH CENTURY FOX HOME )
ENTERTAINMENT, LLC )
)
Defendants. )
)
)
)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of George R. Dougherty to represent the plaintiff, Redbox Automated Retail, LLC, in this matter.

/s/ Henry E. Gallagher, Jr.
Henry E. Gallagher, Jr. (DE Bar ID #495)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Plaintiff*

Date: September ___, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____        _____
United States District Judge

785484.1