# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. CV-00592-RBK |
| vs. ) | |
| ) | **JURY TRIAL DEMANDED** |
| TWENTIETH CENTURY FOX HOME ) | |
| ENTERTAINMENT, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Charles S. Bergen to represent the plaintiff, Redbox Automated Retail, LLC, in this matter.

/s/ Henry E. Gallagher, Jr.
Henry E. Gallagher, Jr. (DE Bar ID #495)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Plaintiff*

Date: September 2, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____        _____
United States District Judge

785455.1