IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. CV-00592-RBK ) ) **JURY TRIAL DEMANDED** |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC | ) ) ) ) ) |
| Defendants. | ) ) ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 9-1-09

Charles S. Bergen
GRIPPO & ELDEN LLC
111 South Wacker Drive
Suite 5100
Chicago, IL 60606
Phone: (312) 704-7700

785455.1