IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| REDBOX AUTOMATED RETAIL LLC, | : Case No. 1:09-CV-00592-RBK |
|---|---|
| Plaintiff, | : |
| v. | : |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, | : |
| Defendant. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Corey Watson to represent the Defendant, Twentieth Century Fox Home Entertainment LLC, in this matter.

Date: September 28, 2009

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 252-4447
Fax: (302) 355-0221
Email: moskowb@ballardspahr.com

*Attorneys for Defendant, Twentieth Century Fox Home Entertainment LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL LLC, | : Case No. 1:09-CV-00592-RBK |
| Plaintiff, | : |
| v. | : |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, | : |
| Defendant. | : |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion..

Date: September 9, 2009

*[signature]*

Corey Watson
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
Tel: (213) 680-8400
Fax: (213) 680-8500
Email: corey.watson@kirkland.com

# CERTIFICATE OF SERVICE

I, Beth Moskow-Schnoll, hereby certify that on this 28th day of September, 2009, I caused to be served a copy of the Motion and Order for Admission Pro Hac Vice of Corey Watson and supporting Certification of Counsel via CM/ECF on the following counsel of record:

> Henry E. Gallagher, Jr., Esquire
> CONNOLLY, BOVE, LODGE & HUTZ
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> *Attorney for Plaintiff*

> /s/ Beth Moskow-Schnoll
> Beth Moskow-Schnoll (No. 2900)