IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| REDBOX AUTOMATED RETAIL LLC, | : Case No. 1:09-CV-00592-RBK |
|---|---|
| Plaintiff, | : |
| v. | : |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, | : |
| Defendant. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Yosef Riemer to represent the Defendant, Twentieth Century Fox Home Entertainment LLC, in this matter.

Date: September 28, 2009

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 252-4465
Fax: (302) 355-0221
Email: moskowb@ballardspahr.com

*Attorneys for Defendant, Twentieth Century Fox Home Entertainment LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL LLC, | : Case No. 1:09-CV-00592-RBK |
| Plaintiff, | : |
| v. | : |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, | : |
| Defendant. | : |

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion..

Date: September 16, 2009

Yosef Riemer
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4802
Fax: (212) 446-4900
Email: yosef.riemer@kirkland.com

# **CERTIFICATE OF SERVICE**

I, Beth Moskow-Schnoll, hereby certify that on this 28th day of September, 2009, I caused to be served a copy of the Motion and Order for Admission Pro Hac Vice of Yosef Riemer and supporting Certification of Counsel via CM/ECF on the following counsel of record:

>Henry E. Gallagher, Jr., Esquire
>CONNOLLY, BOVE, LODGE & HUTZ
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899
>*Attorney for Plaintiff*


>/s/ Beth Moskow-Schnoll
>Beth Moskow-Schnoll (No. 2900)