# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-592-RBK |
| vs. | ) |
| | ) |
| TWENTIETH CENTURY FOX HOME | ) |
| ENTERTAINMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

## TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC'S MOTION TO SEAL THE OPENING BRIEF IN SUPPORT OF FOX'S MOTION TO TRANSFER VENUE, THE DECLARATION OF DONALD JEFFRIES AND THE ACCOMPANYING EXHIBITS IN SUPPORT THEREOF

Defendant Twentieth Century Fox Home Entertainment LLC ("Fox") hereby moves, by and through its undersigned counsel, and pending entry of a Court-approved protective order pursuant to Federal Rule of Civil Procedure 26(c), to seal the following: (1) an unredacted version of Fox's Opening Brief in Support of Its Motion to Transfer Venue to the Central District of California; and (2) an unredacted version of the Declaration of Donald Jeffries In Support of Fox's Motion to Transfer Venue to the Central District of California as well as the accompanying exhibits. As stated more fully in Fox's Opening Brief in support of this motion, the Court should grant this motion because: (1) the Opening Brief and Jeffries Venue Transfer Declaration contain sensitive business information, such as negotiation terms and strategy, the disclosure of which could significantly harm Fox; (2) this matter involves private litigants; and (3) the information Fox seeks to protect is not important to public health and safety.

This motion is supported by the Opening Brief, the Declaration of Donald Jeffries, the record in this case, and any oral argument that the Court may hear on this motion.

Dated: October 1, 2009

Respectfully submitted,

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel:   (302) 252-4447
Fax:   (302) 355-0221
Email: moskowb@ballardspahr.com

Neal Walters
BALLARD SPAHR LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043
Tel: (856) 761-3438
Email: waltersn@ballardspahr.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*

OF COUNSEL

Yosef Riemer
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York City, NY 10022
Tel: (212) 446-4802
Email: yosef.riemer@kirkland.com

Corey C. Watson
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 680-8482
Email: corey.watson@kirkland.com