# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) Civil Action No. 09-592-RBK <br> ) <br> ) |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## ORDER GRANTING TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC'S MOTION TO SEAL

AND NOW, on this ___ day of _____, 2009, upon consideration of Twentieth Century Fox Home Entertainment LLC's Motion to Seal Its Opening Brief In Support Of Fox's Motion To Transfer Venue And The Declaration Of Donald Jeffries And The Accompanying Exhibits In Support Thereof, and for good cause shown,

It is hereby ORDERED, that Fox's Motion to Seal is GRANTED; and,

It is further ORDERED that Fox may file under seal the unredacted version of Fox's Opening Brief in Support of Its Motion to Transfer Venue to the Central District of California and the unredacted version of the Declaration of Donald Jeffries In Support of Twentieth Century Fox Entertainment LLC's Motion to Transfer Venue to the Central District of California as well as the accompanying exhibits.

IT IS SO ORDERED.

_____
Honorable Robert B. Kugler
United States District Judge

DMEAST #11859148 v1

Dockets.Justia.com