# CERTIFICATE OF SERVICE

I, Beth Moskow-Schnoll, hereby certify that on October 1, 2009, I electronically filed the foregoing Twentieth Century Fox Home Entertainment, LLC's Opening Brief In Support Of Its Motion To Seal The Opening Brief In Support Of Fox's Motion To Transfer Venue And The Declaration Of Donald Jeffries And The Accompanying Exhibits In Support Thereof with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Henry E. Gallagher, Jr.
> Chad S. C. Stover
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19899
> Tel: (302) 888-6288
> Fax: (302) 658-0380
> Email: hgallagher@cblh.com

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (DE Bar ID 2900)

Dockets.Justia.com