# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC, <br><br> Defendant. | Civil Action No. 09-592-RBK |

## TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

Pursuant to 28 U.S.C. § 1404(a), Twentieth Century Fox Home Entertainment LLC ("Fox"), by and through its undersigned counsel, moves to transfer this case from the District of Delaware to the Central District of California. As more fully stated in Fox's Opening Brief in support of this motion, the Central District of California is the most convenient forum in which to litigate this dispute, for the following reasons: (1) the majority of events underlying this lawsuit took place in the Central District of California — none of the events occurred in Delaware; (2) many of the key third-party and party witnesses work and reside in Los Angeles — none resides in Delaware; (3) many of the relevant documents are maintained in or around Los Angeles — no documents are maintained in Delaware; and (4) the Central District of California's docket conditions allow for the quickest resolution of Redbox's claims.

This motion is supported by Fox's Opening Brief, the supporting Declarations of Donald V. Jeffries and David I. Horowitz and the exhibits thereto, the record in this case, and any oral argument that the Court may hear on this motion.

DMEAST #11859022 v1

Dockets.Justia.com

Pursuant to Local Rule 7.1.1, Fox's counsel has made a reasonable, but unsuccessful effort to reach an agreement with Redbox's counsel as to the filing of this motion.

Dated: October 1, 2009

Respectfully submitted,

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 252-4447
Fax: (302) 355-0221
Email: moskowb@ballardspahr.com

Neal Walters
BALLARD SPAHR LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043
Tel: (856) 761-3438
Email: waltersn@ballardspahr.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*

OF COUNSEL

Yosef Riemer
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York City, NY 10022
Tel: (212) 446-4802
Email: yosef.riemer@kirkland.com

Corey C. Watson
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 680-8482
Email: corey.watson@kirkland.com