# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TWENTIETH CENTURY FOX HOME )<br>ENTERTAINMENT, LLC, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 09-592-RBK |

## ORDER GRANTING TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

AND NOW, on this ____ day of _____, 2009, upon consideration of Twentieth Century Fox Home Entertainment LLC's Motion to Transfer Venue to the Central District of California (the "Motion"), the briefs, supporting papers and other arguments submitted by the parties, and the record in this case, it is hereby ORDERED that the Motion is GRANTED, and this case is hereby transferred to the Central District of California. The Clerk is hereby ORDERED to take the necessary steps to transfer this case to the Central District of California.

IT IS SO ORDERED.

_____
Honorable Robert B. Kugler
United States District Judge