# EXHIBIT 1

Dockets.Justia.com



# EXHIBIT 2



 Print

# Paramount Home Entertainment and *Redbox* Announce Trial License Program

## *Program Covers All Paramount Pictures Releases Through End of 2009*

**HOLLYWOOD, CA (August 25, 2009)** – Paramount Home Entertainment Inc. (PHE) and *Redbox* Automated Retail, LLC *(Redbox)*, today announced that the companies have entered into a trial license program that will provide *Redbox* access to Paramount Pictures DVD releases through the end of 2009. As part of this program, PHE will receive access to detailed PHE rental data, which the studio will use to evaluate the impact and viability of the program.

PHE's titles will be made available to *Redbox* when the title is initially released regardless of whether the title is part of PHE's recently announced rental / Blu-ray sell-through strategy, or if it is to be released day and date for both sale and rental.

"This agreement is a positive step with Paramount. The agreement ensures that our customers will have increased access to some of the biggest titles of the year," said Mitch Lowe, president, *Redbox*. Following the four-month trial period, PHE has the option to extend the program to 2014, with an out clause after two years. In addition, as part of the program with PHE, *Redbox* has agreed to destroy the product once *Redbox* removes it from the kiosk.

### About *Paramount Home Entertainment*

Paramount Home Entertainment (PHE) is part of Paramount Pictures Corporation (PPC), a global producer and distributor of filmed entertainment. PPC is a unit of Viacom (NYSE: VIA, VIA.B), a leading content company with prominent and respected film, television and digital entertainment brands. PHE is responsible for the sales, marketing and distribution of home entertainment products on behalf of various parties including: Paramount Pictures, Paramount Vantage, Paramount Classics, Paramount Famous Productions, Nickelodeon, MTV, Comedy Central, CBS and PBS

and for providing home entertainment fulfillment services for DreamWorks Animation Home Entertainment.

## About Redbox

*Redbox* Automated Retail, LLC, a wholly-owned subsidiary of Coinstar, Inc. (NASDAQ: CSTR), offers new release DVD rentals through its network of conveniently located, self-service kiosks. *Redbox* has rented more than 500 million DVDs and is available at more than 15,000 locations nationwide, including select McDonald's restaurants, leading grocery and convenience stores, and Wal-Mart and Walgreens locations in select markets. For more information, visit www.redbox.com.

# # #

*Certain statements in the foregoing are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, including phrases conveying expectation or intent and other expressions identifying future performance. The forward-looking statements in this release include statements regarding Redbox's relationship with Paramount relating to, among other things, a DVD licensing arrangement. Forward-looking statements are not guarantees of future performance and actual results may vary materially from the results expressed or implied in such statements. Differences may result from actions taken by Redbox or Paramount, including those beyond Coinstar's or Redbox's control. Such risks and uncertainties include, but are not limited to, the failure to extend the term, the early termination or the renegotiation on materially adverse terms, of the licensing arrangement, and failure to abide by the terms and requirements of the Agreement. The foregoing list of risks and uncertainties is illustrative, but by no means exhaustive. For more information on factors that may affect future performance, including the relationship with Paramount, please review "Risk Factors" described in Coinstar's most recent Annual Report on Form 10-K and any subsequent Quarterly Reports on Form 10-Q filed with the Securities and Exchange Commission. These forward-looking statements reflect Coinstar, Inc.'s expectations as of the date hereof. Coinstar, Inc. undertakes no obligation to update the information provided herein.*

# EXHIBIT 3



ShareThis  Print

# *Redbox* and Lionsgate Sign Multi-Year Distribution Agreement

For Immediate Release: August 11, 2009

**Oakbrook Terrace, Ill.** – *Redbox* Automated Retail, LLC, today announced a multi-year distribution agreement with Lionsgate® (NYSE: LGF), the leading next generation studio, expanding the depth and breadth of Lionsgate titles available at the more than 15,000 *redbox* DVD rental locations nationwide. The announcement was made by Steve Beeks, President and Co-Chief Operating Officer of Lionsgate, and Mitch Lowe, President of *Redbox*.

"The multi-year agreement with Lionsgate underscores our commitment to creating winning relationships for our customers and studio partners," said Mitch Lowe, president, *redbox*.

The agreement provides *redbox* customers with greater access to Lionsgate new release titles and popular catalog and direct-to-DVD titles including children's titles.

"We believe that the *Redbox* model will ultimately expand the business by increasing the number of impulse rentals and by putting packaged media rentals in places where none existed previously," said Steve Beeks, Lionsgate President and Co-Chief Operating Officer. "This agreement gives us tremendous placement for all our films and lowers the impact of low-priced previously-viewed DVDs being sold into the market, which we saw as a growing issue. We believe that this arrangement is a smart opportunity for Lionsgate in the current environment and a win/win for both companies."

### About Redbox

*Redbox* Automated Retail, LLC, a wholly-owned subsidiary of Coinstar, Inc. (NASDAQ: CSTR), offers new release DVD rentals through its network of conveniently located, self-service kiosks. *Redbox* is available at more than 15,000 locations nationwide, including select McDonald's restaurants, leading grocery and convenience stores, and Wal-Mart and Walgreens locations in select markets. For more information, visit www.redbox.com.

### *About Lionsgate*

Lionsgate (NYSE: LGF) is the leading next generation studio with a strong and diversified presence in the production and distribution of motion pictures, television programming, home entertainment, family entertainment, video-on-demand and digitally delivered content. The Company has built a strong television presence in production of prime time cable and broadcast network series, distribution and syndication of programming through Debmar-Mercury, reality programming through its joint venture with ISH Entertainment and an array of channel platform assets. Its feature film business achieved a record box office performance in the recent January-March 2009 quarter, driven by the success of "Tyler Perry's Madea Goes To Jail," "My Bloody Valentine 3-D" and "The Haunting In Connecticut." The Company's home entertainment business has grown to more than 7% market share and leads the industry in its box office-to-DVD revenue conversion rate. Lionsgate handles a prestigious and prolific library of approximately 12,000 motion picture and television titles that is an important source of recurring revenue and serves as the foundation for the growth of the Company's core businesses. The Lionsgate brand remains synonymous with original, daring, quality entertainment in markets around the world.

###

*Certain statements in this press release are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, including phrases conveying expectation or intent and other expressions identifying future performance. The forward-looking statements in this release include statements regarding Redbox's relationship with Lionsgate relating to among other things, a DVD licensing arrangement. Forward-looking statements are not guarantees of future performance and actual results may vary materially from the results expressed or implied in such statements. Differences may result from actions taken by Redbox or Lionsgate, including those beyond our or Redbox's control. Such risks and uncertainties include, but are not limited to, the early termination or renegotiation on materially adverse terms of the Letter Agreement and failure to abide by the terms and requirements of the Letter Agreement. The foregoing list of risks and uncertainties is illustrative, but by no means exhaustive. For more information on factors that may affect future performance, including our relationship with Lionsgate, please review "Risk Factors" described in our most recent Annual Report on Form 10-K and any subsequent Quarterly Reports on Form 10-Q filed with the Securities and Exchange Commission. These forward-looking statements reflect Coinstar, Inc.'s expectations as of the date hereof. Coinstar, Inc. undertakes no obligation to update the information provided herein.*

# EXHIBIT 4



ShareThis  Print

# Sony Pictures Home Entertainment and Redbox Announce Distribution Agreement

**CULVER CITY, CALIF. – July 21, 2009** – Sony Pictures Home Entertainment (SPHE) and Redbox Automated Retail have announced a multi-year distribution agreement which will make SPHE new release, direct-to-video and catalog titles available to consumers through more than 17,000 Redbox kiosks nationwide. The announcement was made by David Bishop, President of SPHE, and Mitch Lowe, President of Redbox.

Commenting on the agreement, Bishop stated, "Our consumers have always been the best barometer of where our business needs to go, and clearly Redbox has become an important distribution option. The agreement supports two of our overall business objectives - increasing the availability of our titles and eliminating a key source of previously viewed product in the marketplace."

Added Lowe, "Redbox is thrilled to build on our positive relationship with Sony Pictures Home Entertainment and to provide our consumers with increased access to their favorite titles."

Redbox Automated Retail, LLC, a wholly-owned subsidiary of Coinstar, Inc., offers new release DVD rentals for $1 per night through its network of conveniently located, self-service kiosks. Redbox is available at more than 17,000 locations nationwide, including select McDonald's restaurants, leading grocery and convenience stores, and Wal-Mart and Walgreens locations in select markets. For more information, visit www.redbox.com.

Sony Pictures Home Entertainment is a Sony Pictures Entertainment company. SPE is a subsidiary of Sony Corporation of America, (SCA), a subsidiary of Tokyo-based Sony Corporation. SPE's global operations encompass motion picture production and distribution; television production and distribution; digital content creation and distribution; worldwide channel investments; home entertainment acquisition and distribution; operation of studio facilities; development of new entertainment products, services and

technologies; and distribution of filmed entertainment in 67 countries. Sony Pictures Entertainment can be found on the World Wide Web at http://www.sonypictures.com.

# EXHIBIT 5



ShareThis  Print

## *Redbox* Puts Customers First

For Immediate Release: August 7, 2009

**Oakbrook Terrace, Ill.** – Despite 20th Century Fox's effort to delay consumer access to new release DVDs by 30 days at rental kiosks, *redbox* reaffirms its commitment to providing consumers new release DVDs. *Redbox* will protect consumers' rights to access new release DVDs at their preferred retail channel at the price the consumer deems reasonable. *Redbox* will continue to carry all major new releases, including 20th Century Fox titles, at the more than 17,000 *redbox* locations nationwide. The first priority at *redbox* is the customer.

*Redbox* Automated Retail, LLC, a wholly-owned subsidiary of Coinstar, Inc. (NASDAQ: CSTR), offers new release DVD rentals through its network of conveniently located, self-service kiosks. *Redbox* is available at more than 17,000 locations nationwide, including select McDonald's restaurants, leading grocery and convenience stores, and Wal-Mart and Walgreens locations in select markets. For more information, visit www.redbox.com

###

*Certain statements in this press release are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, including phrases conveying expectation or intent and other expressions identifying future performance. Forward-looking statements are not guarantees of future performance which may vary materially from performance expressed or implied in the forward-looking statements. Differences may result from actions taken by Coinstar, Inc. and its subsidiaries, as well as those of third parties and from risks and uncertainties beyond our control. Such risks and uncertainties include, but are not limited to, the timing and availability of major new DVD releases, and the termination, non-renewal or renegotiation on materially adverse terms of contracts with our significant retailers or suppliers. The foregoing risks and uncertainties are illustrative, but by no means exhaustive. For more information on factors that may affect future performance, please review "Risk Factors" described in our most recent Annual Report on Form 10-K filed with the Securities and Exchange Commission as updated in any subsequent Quarterly Reports on Form 10-Q. These forward-looking statements reflect Coinstar, Inc.'s expectations as of the date of this release. Coinstar, Inc. undertakes no obligation to update the information provided herein.*

# EXHIBIT 6

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| DELAWARE | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,206 | 1,065 | 1,077 | 1,190 | 1,797 | 1,362 | | |
| | Terminations | | 1,222 | 975 | 1,419 | 1,448 | 1,516 | 1,507 | | |
| | Pending | | 1,482 | 1,511 | 1,501 | 1,853 | 2,085 | 1,836 | | |
| | % Change in Total Filings | Over Last Year | | 13.2 | | | | | 8 | 2 |
| | | Over Earlier Years | | | 12.0 | 1.3 | -32.9 | -11.5 | 60 | 5 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months** | | | 12.0 | 9.5 | .0 | .0 | .0 | 1.9 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 302 | 267 | 270 | 298 | 449 | 340 | 78 | 5 |
| | | Civil | 246 | 218 | 233 | 264 | 414 | 306 | 65 | 5 |
| | | Criminal Felony | 47 | 38 | 30 | 28 | 29 | 25 | 74 | 4 |
| | | Supervised Release Hearings** | 9 | 11 | 7 | 6 | 6 | 9 | 84 | 4 |
| | Pending Cases | | 371 | 378 | 375 | 463 | 521 | 459 | 49 | 5 |
| | Weighted Filings** | | 443 | 379 | 367 | 422 | 534 | 424 | 44 | 3 |
| | Terminations | | 306 | 244 | 355 | 362 | 379 | 377 | 76 | 5 |
| | Trials Completed | | 26 | 21 | 15 | 20 | 19 | 23 | 25 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.6 | 8.5 | 9.3 | 9.4 | 9.1 | 8.3 | 45 | 1 |
| | | Civil** | 11.2 | 12.5 | 16.8 | 10.9 | 14.0 | 11.2 | 80 | 5 |
| | From Filing to Trial** (Civil Only) | | 25.0 | 27.0 | 26.0 | 23.5 | 26.0 | 24.0 | 40 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 175 | 108 | 142 | 156 | 65 | 66 | | |
| | | Percentage | 13.8 | 8.2 | 10.6 | 9.1 | 3.4 | 3.9 | 85 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 46.03 | 41.56 | 39.60 | 39.82 | 38.50 | 34.98 | | |
| | | Percent Not Selected or Challenged | 28.8 | 31.7 | 24.1 | 22.8 | 20.9 | 24.0 | | |

| 2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 984 | 38 | 8 | 260 | 12 | 3 | 24 | 95 | 50 | 214 | 117 | 22 | 141 |
| Criminal* | 186 | 3 | 30 | 24 | 66 | 33 | 3 | 13 | 7 | 3 | - | 1 | 3 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| CALIFORNIA CENTRAL | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 15,144 | 14,154 | 12,909 | 14,630 | 16,938 | 14,720 | | |
| | Terminations | | 14,742 | 13,642 | 13,680 | 16,173 | 15,269 | 15,800 | | |
| | Pending | | 12,221 | 11,817 | 12,401 | 13,180 | 14,720 | 13,129 | | |
| | % Change in Total Filings | Over Last Year | | 7.0 | | | | | 23 | 3 |
| | | Over Earlier Years | | | 17.3 | 3.5 | -10.6 | 2.9 | 28 | 4 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months** | | 12.0 | 31.2 | 53.9 | 24.8 | 2.3 | 23.6 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 540 | 505 | 461 | 523 | 605 | 526 | 19 | 5 |
| | | Civil | 433 | 425 | 397 | 450 | 515 | 451 | 12 | 3 |
| | | Criminal Felony | 63 | 47 | 36 | 45 | 60 | 49 | 49 | 9 |
| | | Supervised Release Hearings** | 44 | 33 | 28 | 28 | 30 | 26 | 15 | 6 |
| | Pending Cases | | 436 | 422 | 443 | 471 | 526 | 469 | 24 | 5 |
| | Weighted Filings** | | 578 | 551 | 518 | 565 | 651 | 590 | 12 | 4 |
| | Terminations | | 527 | 487 | 489 | 578 | 545 | 564 | 20 | 7 |
| | Trials Completed | | 11 | 12 | 12 | 13 | 12 | 14 | 84 | 12 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.5 | 12.1 | 12.4 | 10.3 | 8.2 | 9.4 | 32 | 4 |
| | | Civil** | 7.0 | 6.8 | 7.2 | 7.4 | 7.3 | 7.5 | 12 | 2 |
| | From Filing to Trial** (Civil Only) | | 22.0 | 21.3 | 21.3 | 20.5 | 17.8 | 21.2 | 24 | 2 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 821 | 712 | 1,240 | 809 | 624 | 609 | | |
| | | Percentage | 8.1 | 7.2 | 11.6 | 7.2 | 5.0 | 5.4 | 68 | 10 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.3 | 1.6 | 1.5 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 60.94 | 60.57 | 64.08 | 47.33 | 49.01 | 49.49 | | |
| | | Percent Not Selected or Challenged | 53.7 | 56.5 | 55.7 | 48.3 | 49.4 | 51.6 | | |

| 2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 12130 | 1023 | 200 | 2976 | 287 | 205 | 839 | 1508 | 562 | 1395 | 1292 | 113 | 1730 |
| Criminal* | 1761 | 12 | 242 | 671 | 115 | 360 | 48 | 124 | 49 | 48 | 15 | 37 | 40 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | NEW JERSEY | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 7,710 | 7,699 | 7,275 | 7,539 | 7,567 | 7,270 | | |
| | Terminations | | 7,654 | 7,752 | 7,480 | 7,605 | 7,373 | 6,998 | | |
| | Pending | | 7,101 | 6,892 | 6,855 | 6,987 | 6,986 | 6,765 | | |
| | % Change in Total Filings | Over Last Year | .1 | | | | | | 49 | 5 |
| | | Over Earlier Years | | | 6.0 | 2.3 | 1.9 | 6.1 | 19 | 2 |
| | Number of Judgeships | | 17 | 17 | 17 | 17 | 17 | 17 | | |
| | Vacant Judgeship Months** | | .0 | .0 | 32.3 | 27.8 | 12.0 | 11.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 454 | 454 | 428 | 444 | 446 | 428 | 36 | 3 |
| | | Civil | 391 | 392 | 369 | 387 | 390 | 370 | 23 | 3 |
| | | Criminal Felony | 52 | 51 | 51 | 48 | 46 | 48 | 64 | 3 |
| | | Supervised Release Hearings** | 11 | 11 | 8 | 9 | 10 | 10 | 79 | 3 |
| | Pending Cases | | 418 | 405 | 403 | 411 | 411 | 398 | 30 | 4 |
| | Weighted Filings** | | 511 | 496 | 481 | 493 | 500 | 486 | 23 | 2 |
| | Terminations | | 450 | 456 | 440 | 447 | 434 | 412 | 38 | 2 |
| | Trials Completed | | 13 | 13 | 11 | 10 | 10 | 10 | 76 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.7 | 10.8 | 12.1 | 10.0 | 9.8 | 9.0 | 74 | 5 |
| | | Civil** | 7.6 | 7.6 | 8.2 | 7.3 | 7.6 | 7.9 | 18 | 3 |
| | From Filing to Trial** (Civil Only) | | 38.5 | 36.0 | 33.0 | 36.7 | 33.4 | 33.8 | 75 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 362 | 316 | 306 | 346 | 252 | 236 | | |
| | | Percentage | 5.8 | 5.3 | 5.2 | 5.7 | 4.2 | 4.0 | 51 | 3 |
| | Average Number of Felony Defendants Filed Per Case | | 1.1 | 1.2 | 1.2 | 1.3 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 81.01 | 67.94 | 88.98 | 75.41 | 40.79 | 51.72 | | |
| | | Percent Not Selected or Challenged | 20.7 | 34.9 | 39.2 | 38.3 | 24.1 | 40.3 | | |

| 2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6652 | 180 | 482 | 1149 | 79 | 79 | 733 | 960 | 698 | 361 | 973 | 65 | 893 |
| Criminal* | 867 | - | 267 | 40 | 116 | 205 | 49 | 46 | 12 | 31 | 21 | 24 | 56 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."