# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC, <br><br> Defendant. | Civil Action No. 09-592-RBK |

## TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC'S MOTION TO DISMISS REDBOX'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Twentieth Century Fox Home Entertainment LLC ("Fox"), by and through its undersigned counsel, moves to dismiss with prejudice the complaint filed by Redbox Automated Retailed, LLC ("Redbox") on August 11, 2009. As more fully stated in Fox's Opening Brief, each cause of action Redbox alleges against Fox fails to state a claim for which relief may be granted. Redbox's antitrust claims under Section 1 of the Sherman Act should be dismissed because Redbox: (a) does not identify any unlawful agreement between Fox and its distributors; (b) does not allege harm to inter-brand competition; (c) does not allege market-wide injury to competition; and (d) does not allege a plausible antitrust market. Redbox's copyright misuse claim fails because copyright misuse is not a cause of action. Finally, Redbox's tortious interference claim fails because Fox is not alleged to have interfered with any contract requiring unconditionally the distribution of Fox DVDs to Redbox.

This motion is supported by Fox's Opening Brief, the accompanying Declaration of David I. Horowitz and exhibits thereto, the record in this case, and any oral argument that the Court may hear on this motion.

Dated: October 1, 2009

Respectfully submitted,

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 252-4447
Fax: (302) 355-0221
Email: moskowb@ballardspahr.com

Neal Walters
BALLARD SPAHR LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043
Tel: (856) 761-3438
Email: waltersn@ballardspahr.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*

OF COUNSEL

Yosef Riemer
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York City, NY 10022
Tel: (212) 446-4802
Email: yosef.riemer@kirkland.com

Corey C. Watson
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 680-8482
Email: corey.watson@kirkland.com