IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TWENTIETH CENTURY FOX HOME ) <br> ENTERTAINMENT, LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 09-592-RBK |

## ORDER GRANTING TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC'S MOTION TO DISMISS REDBOX'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

AND NOW, on this ___ day of _____, 2009, upon consideration of Twentieth Century Fox Home Entertainment LLC's Motion to Dismiss Redbox's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), the briefs, supporting papers and other arguments submitted by the parties, and the record in this case, it is hereby ORDERED that the Motion is GRANTED, and Plaintiff's Complaint is hereby DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED.

_____
Honorable Robert B. Kugler
United States District Judge