## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 09-592-RBK |
| vs. | ) ) |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC, | ) ) ) ) |
| Defendant. | ) ) ) ) |

## FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Twentieth Century Fox Home Entertainment LLC ("Fox"), states that:

1. Defendant Fox is an indirect wholly owned subsidiary of News Corporation.

2. News Corporation's stock is publicly traded on the NASDAQ stock exchange.

No other publicly held corporation owns 10% or more of Fox's or News Corporation's stock.

Dated: October 1, 2009

Respectfully submitted,

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel:  (302) 252-4447
Fax:  (302) 355-0221
Email: moskowb@ballardspahr.com

Dockets.Justia.com

Neal Walters
BALLARD SPAHR LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043
Tel: (856) 761-3438
Email: waltersn@ballardspahr.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*

OF COUNSEL

Yosef Riemer
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York City, NY 10022
Tel: (212) 446-4802
Email: yosef.riemer@kirkland.com

Corey C. Watson
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 680-8482
Email: corey.watson@kirkland.com