## **CERTIFICATE OF SERVICE**

I, Beth Moskow-Schnoll, hereby certify that on October 1, 2009, I electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement For Twentieth Century Fox Home Entertainment LLC with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Henry E. Gallagher, Jr.
>Chad S. C. Stover
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19899
>Tel: (302) 888-6288
>Fax: (302) 658-0380
>Email: hgallagher@cblh.com

>/s/ Beth Moskow-Schnoll
>Beth Moskow-Schnoll (No. 2900)

Dockets.Justia.com