## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) C.A. No. 09-592 (RBK) |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC | ) ) ) |
| Defendant. | ) ) ) ) ) |

### AGREED STIPULATION AND ORDER

Plaintiff Redbox Automated Retail, LLC and defendant Twentieth Century Fox Home Entertainment, LLC, by and through their respective attorneys and subject to approval of the Court, hereby stipulate and agree that the time within which plaintiff may file its briefs in opposition to defendant's Motion to Transfer Venue (D.I. 15) and defendant's Motion to Seal the Opening Brief of Fox's Motion to Transfer Venue (D.I. 13) (collectively the "Motions to Transfer and Seal") is extended through and including October 28, 2009, and the time within which defendant may file its reply briefs in support of the Motions to Transfer and Seal is extended through and including November 18, 2009.

| | |
|---|---|
| /s/ Henry E. Gallagher, Jr. | /s/ Beth Moskow-Schnoll |
| Henry E. Gallagher, Jr. (#495) | Beth Moskow-Schnoll (#2900) |
| hgallagher@cblh.com | moskowb@ballardspahr.com |
| CONNOLLY BOVE LODGE & HUTZ LLP | BALLARD SPAHR LLP |
| The Nemours Building | 919 North Market St., 12th Floor |
| 1007 North Orange Street | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 252-4447 |
| P.O. Box 2207 | |
| (302) 658-9141 | |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

SO ORDERED this \_\_\_\_ day of October, 2009.

_____
United States District Judge