## CERTIFICATE OF SERVICE

I hereby certify that on **October 28, 2009**, I electronically filed **REDBOX'S ANSWERING BRIEF IN OPPOSITION TO TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** with the Clerk of Court using CM/ECF which will send notification of such filing to the following, and I have also sent the foregoing in the manner indicated:

| **VIA E-MAIL** | **VIA E-MAIL** |
|---|---|
| Yosef Riemer<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4802<br>Email: yosef.riemer@kirkland.com<br><br>Corey C. Watson<br>KIRKLAND & ELLIS LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8482<br>Email: corey.watson@kirkland.com | Beth Moskow-Schnoll (No. 2900)<br>Barllard Spahr LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4447<br>Facsimile: (302) 355-0221<br>Email: moskowb@ballardspahr.com<br><br>Neal Walters<br>Ballard Sphar LLP<br>Plaza 1000 - Suite 500<br>Main Street<br>Voorhees, NJ 08043<br>Telephone: (856) 761-3438<br>Email: waltersn@ballardsphar.com |

                                          /s/ Chad S.C. Stover
                                        Chad S.C. Stover (DE Bar ID #4919)