# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TWENTIETH CENTURY FOX HOME )<br>ENTERTAINMENT, LLC )<br>)<br>Defendant. )<br>) | C.A. No. 09-592 (RBK) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, as follows:

WHEREAS Plaintiff, Redbox Automated Retail, LLC ("Redbox"), filed its complaint (D.I. 1) in this matter on August 11, 2009; and

WHEREAS Defendant, Twentieth Century Fox Home Entertainment, LLC ("Fox"), moved to dismiss Redbox's Complaint for failure to state a claim (D.I. 19) ("Motion to Dismiss") on October 1, 2009; and

WHEREAS shortly thereafter the parties agreed that Redbox's response in opposition to Fox's Motion to Dismiss would be due on November 6, 2009 (D.I. 22); and

WHEREAS Redbox's counsel has advised Fox's counsel that Redbox intends to file, on or before November 30, 2009, an amended complaint pursuant to Fed. R. Civ. P. 15, as a matter of right; and

WHEREAS counsel have agreed to a proposed briefing schedule with regard to the amendment.

825002.3

THEREFORE, in light of Redbox's representation that it intends to file an amended complaint on or before November 30, 2009, and in accordance with the parties' stipulations and agreements, the Court hereby sets the following schedule:

1. Fox shall move, answer, or otherwise plead in response to such Amended Complaint on or before December 21, 2009;

2. Redbox shall respond to any motion to dismiss Fox may file on or before January 14, 2010; and

3. Fox shall reply to Redbox's response on or before February 4, 2010.

/s/ Henry E. Gallagher, Jr.
Henry E. Gallagher, Jr. (DE Bar ID #495)
Chad S.C. Stover (DE Bar ID #4919)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE 19801
Tel: (302) 658-9141
Email: hgallagher@cblh.com
Email: cstover@cblh.com

Of Counsel:

Charles S. Bergen
George R. Dougherty
Michael S. Gulland
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700

Frederick W. Stein
Redbox Automated Retail, LLC
One Tower Lane, Suite 1200
Oakbrook Terrace, IL 60181
Tel: (630) 756-8255

*Attorneys for Plaintiff*

Dated: November 6, 2009

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (DE Bar ID #2900)
BALLARD SPAHR LLP
919 North Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 252-4447
Email: moskowschnollb@ballardspahr.com

Neal Walters
BALLARD SPAHR LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ 08043
Tel: (856) 761-3438
Email: waltersn@ballardspahr.com

Of Counsel:

Yosef Riemer
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York City, NY 10022
Tel: (212) 446-4802
Email: yosefriemer@kirkland.com

Correy C. Watson
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 680-8432
Email: Corey.watson@kirkland.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of November, 2009.


_____
United States District Judge