IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL LLC,<br><br>          Plaintiff,<br><br>  v.<br><br>UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC, et al.<br><br>          Defendants. | Civil No. 08-766 (RBK/JS)<br>District of Delaware |
| REDBOX AUTOMATED RETAIL LLC,<br><br>          Plaintiff,<br><br>  v.<br><br>TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC,<br><br>          Defendant. | Civil No. 09-592 (RBK/JS)<br>District of Delaware |
| REDBOX AUTOMATED RETAIL LLC,<br><br>          Plaintiff,<br><br>  v.<br><br>WARNER HOME VIDEO,<br><br>          Defendant. | Civil No. 09-613 (RBK/JS)<br>District of Delaware |

**SCHEDULING ORDER**

IT IS this **9th** day of **November, 2009,** hereby **ORDERED:**

1.  The Court will conduct a telephone status conference on **December 7, 2009 at 10:00 a.m.**. **Plaintiff's counsel shall initiate the telephone conference with all parties in the above matters.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F̲ED̲. R. C̲IV̲. P. 16(f)**

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge