# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 09-592-RBK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF TAMMY TSOUMAS IN SUPPORT OF TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

I, Tammy Tsoumas, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, counsel for Twentieth Century Fox Home Entertainment LLC ("Fox") in this matter. I submit this declaration in support of Fox's Reply Brief in Support of Its Motion to Transfer Venue to the Central District of California. I have personal knowledge of the facts set forth herein and if called to testify, could testify competently thereto.

2. Attached hereto as **Exhibit 1** are true and correct copies of the Judicial Caseload Profiles for the District of Delaware and the Central District of California for 2008.

[Remainder of Page Intentionally Left Blank]

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 18th day of November, 2009 in Los Angeles, California.

*[signature: Tammy Tsoumas]*
Tammy Tsoumas

# EXHIBIT 1

# Nature of Suit/Offense Codes

| CIVIL CODES | CRIMINAL FELONY CODES |
|---|---|
| **A** Social Security | **A** Marijuana |
| **B** Personal Injury/Product Liability | **B** All Other Drugs |
| **C** Prisoner Petitions | **C** Immigration |
| **D** Forfeitures and Penalties and Tax Suits | **D** Firearms and Explosives |
| **E** Real Property | **E** Fraud |
| **F** Labor Suits | **F** Violent Offenses |
| **G** Contracts | **G** Sex Offenses |
| **H** Torts(other than Personal/Injury/Product Liability) | **H** Forgery and Counterfeiting |
| **I** Copyright, Patent, and Trademark | **I** Larceny and Theft |
| **J** Civil Rights | **J** Justice System Offenses |
| **K** Antitrust | **K** Regulatory Offenses |
| **L** All Other Civil | **L** All Other Criminal Felony Cases |

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| CALIFORNIA CENTRAL | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 15,144 | 14,154 | 12,909 | 14,630 | 16,938 | 14,720 | | |
| | Terminations | 14,742 | 13,642 | 13,680 | 16,173 | 15,269 | 15,800 | | |
| | Pending | 12,221 | 11,817 | 12,401 | 13,180 | 14,720 | 13,129 | | |
| | % Change in Total Filings — Over Last Year | 7.0 | | | | | | 23 | 3 |
| | % Change in Total Filings — Over Earlier Years | | 17.3 | 3.5 | -10.6 | 2.9 | | 28 | 4 |
| | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months** | 12.0 | 31.2 | 53.9 | 24.8 | 2.3 | 23.6 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 540 | 505 | 461 | 523 | 605 | 526 | 19 | 5 |
| | FILINGS — Civil | 433 | 425 | 397 | 450 | 515 | 451 | 12 | 3 |
| | FILINGS — Criminal Felony | 63 | 47 | 36 | 45 | 60 | 49 | 49 | 9 |
| | FILINGS — Supervised Release Hearings** | 44 | 33 | 28 | 28 | 30 | 26 | 15 | 6 |
| | Pending Cases | 436 | 422 | 443 | 471 | 526 | 469 | 24 | 5 |
| | Weighted Filings** | 578 | 551 | 518 | 565 | 651 | 590 | 12 | 4 |
| | Terminations | 527 | 487 | 489 | 578 | 545 | 564 | 20 | 7 |
| | Trials Completed | 11 | 12 | 12 | 13 | 12 | 14 | 84 | 12 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 7.5 | 12.1 | 12.4 | 10.3 | 8.2 | 9.4 | 32 | 4 |
| | From Filing to Disposition — Civil** | 7.0 | 6.8 | 7.2 | 7.4 | 7.3 | 7.5 | 12 | 2 |
| | From Filing to Trial** (Civil Only) | 22.0 | 21.3 | 21.3 | 20.5 | 17.8 | 21.2 | 24 | 2 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 821 | 712 | 1,240 | 809 | 624 | 609 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 8.1 | 7.2 | 11.6 | 7.2 | 5.0 | 5.4 | 68 | 10 |
| | Average Number of Felony Defendants Filed Per Case | 1.5 | 1.3 | 1.6 | 1.5 | 1.4 | 1.4 | | |
| | Jurors — Avg. Present for Jury Selection | 60.94 | 60.57 | 64.08 | 47.33 | 49.01 | 49.49 | | |
| | Jurors — Percent Not Selected or Challenged | 53.7 | 56.5 | 55.7 | 48.3 | 49.4 | 51.6 | | |

| 2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 12130 | 1023 | 200 | 2976 | 287 | 205 | 839 | 1508 | 562 | 1395 | 1292 | 113 | 1730 |
| Criminal* | 1761 | 12 | 242 | 671 | 115 | 360 | 48 | 124 | 49 | 48 | 15 | 37 | 40 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| DELAWARE | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,206 | 1,065 | 1,077 | 1,190 | 1,797 | 1,362 | | |
| | Terminations | | 1,222 | 975 | 1,419 | 1,448 | 1,516 | 1,507 | | |
| | Pending | | 1,482 | 1,511 | 1,501 | 1,853 | 2,085 | 1,836 | | |
| | % Change in Total Filings | Over Last Year | | 13.2 | | | | | 8 | 2 |
| | | Over Earlier Years | | | 12.0 | 1.3 | -32.9 | -11.5 | 60 | 5 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months** | | | 12.0 | 9.5 | .0 | .0 | .0 | 1.9 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 302 | 267 | 270 | 298 | 449 | 340 | 78 | 5 |
| | | Civil | 246 | 218 | 233 | 264 | 414 | 306 | 65 | 5 |
| | | Criminal Felony | 47 | 38 | 30 | 28 | 29 | 25 | 74 | 4 |
| | | Supervised Release Hearings** | 9 | 11 | 7 | 6 | 6 | 9 | 84 | 4 |
| | Pending Cases | | 371 | 378 | 375 | 463 | 521 | 459 | 49 | 5 |
| | Weighted Filings** | | 443 | 379 | 367 | 422 | 534 | 424 | 44 | 3 |
| | Terminations | | 306 | 244 | 355 | 362 | 379 | 377 | 76 | 5 |
| | Trials Completed | | 26 | 21 | 15 | 20 | 19 | 23 | 25 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.6 | 8.5 | 9.3 | 9.4 | 9.1 | 8.3 | 45 | 1 |
| | | Civil** | 11.2 | 12.5 | 16.8 | 10.9 | 14.0 | 11.2 | 80 | 5 |
| | From Filing to Trial** (Civil Only) | | 25.0 | 27.0 | 26.0 | 23.5 | 26.0 | 24.0 | 40 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 175 | 108 | 142 | 156 | 65 | 66 | | |
| | | Percentage | 13.8 | 8.2 | 10.6 | 9.1 | 3.4 | 3.9 | 85 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 46.03 | 41.56 | 39.60 | 39.82 | 38.50 | 34.98 | | |
| | | Percent Not Selected or Challenged | 28.8 | 31.7 | 24.1 | 22.8 | 20.9 | 24.0 | | |

| 2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 984 | 38 | 8 | 260 | 12 | 3 | 24 | 95 | 50 | 214 | 117 | 22 | 141 |
| Criminal* | 186 | 3 | 30 | 24 | 66 | 33 | 3 | 13 | 7 | 3 | - | 1 | 3 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

## CERTIFICATE OF SERVICE

I, Beth Moskow-Schnoll, hereby certify that on November 18, 2009, I electronically filed the foregoing Declaration of Tammy Tsoumas In Support Of Twentieth Century Fox Home Entertainment LLC's Reply Brief in Support of Its Motion To Transfer Venue To The Central District Of California with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Henry E. Gallagher, Jr.
> Chad S. C. Stover
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19899
> Tel: (302) 888-6288
> Fax: (302) 658-0380
> Email: hgallagher@cblh.com

> /s/ Beth Moskow-Schnoll
> Beth Moskow-Schnoll (No. 2900)