## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, )<br>)<br>Plaintiff, )<br>)<br>) Civil Action No. 09-592-RBK<br>vs. )<br>)<br>TWENTIETH CENTURY FOX HOME )<br>ENTERTAINMENT LLC, )<br>)<br>Defendant. )<br>)<br>) | |

## LOCAL RULE 7.1.1. STATEMENT

Pursuant to Local Rule 7.1.1., the undersigned counsel for Defendant Twentieth Century Fox Home Entertainment LLC ("Fox") hereby states that she has spoken with counsel for Redbox Automated Retail, LLC ("Redbox"). Counsel for Redbox has represented that, for the purposes of Fox's Motion to Seal Reply Brief In Support of Its Motion to Transfer Venue to the Central District of California, D.I. 32, and without waiver of any rights, Redbox does not object to Fox's request that its unredacted Reply Brief in Support of It Motion To Transfer Venue, D.I. 33, be filed under seal. Redbox reserves the right to contest the alleged confidential nature of any sealed information at later date.

Dated: November 19, 2009

Respectfully submitted,

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel:   (302) 252-4447
Fax:   (302) 355-0221
Email: moskowb@ballardspahr.com


OF COUNSEL


Neal Walters
BALLARD SPAHR LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043
Tel: (856) 761-3438
Email: waltersn@ballardspahr.com


Yosef Riemer (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York City, NY 10022
Tel: (212) 446-4802
Email: yosef.riemer@kirkland.com

Corey C. Watson (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 680-8482
Email: corey.watson@kirkland.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*

## CERTIFICATE OF SERVICE

I, Beth Moskow-Schnoll, hereby certify that on November 19, 2009, I electronically filed the foregoing Local Rule 7.1.1. Statement using CM/ECF, which will send notification of such filing to the following:

>Henry E. Gallagher, Jr.
>Chad S. C. Stover
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19899
>Tel: (302) 888-6288
>Fax: (302) 658-0380
>Email: hgallagher@cblh.com

>/s/ Beth Moskow-Schnoll
>Beth Moskow-Schnoll (No. 2900)