## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| REDBOX AUTOMATED RETAIL, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 09-592-RBK |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC, | ) ) ) ) | |
| Defendant. | ) ) ) ) | |

### TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC'S
### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Twentieth Century Fox Home Entertainment LLC ("Fox")

hereby respectfully requests oral argument at the convenience of the Court on Fox's Motion to

Transfer Venue to the Central District of California (D.I. 15), which is fully briefed.


Dated:  November 20, 2009                     Respectfully submitted,

                                              /s/ Beth Moskow-Schnoll
                                              Beth Moskow-Schnoll (No. 2900)
                                              BALLARD SPAHR LLP
                                              919 North Market Street, 12th Floor
                                              Wilmington, DE  19801
                                              Tel:    (302) 252-4447
                                              Fax:    (302) 355-0221
                                              Email: moskowb@ballardspahr.com

Dockets.Justia.com

Neal Walters
BALLARD SPAHR LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043
Tel: (856) 761-3438
Email: waltersn@ballardspahr.com

OF COUNSEL

Yosef Riemer (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York City, NY 10022
Tel: (212) 446-4802
Email: yosef.riemer@kirkland.com

Corey C. Watson (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 680-8482
Email: corey.watson@kirkland.com

*Attorneys for Twentieth Century Fox Home
Entertainment LLC*

**CERTIFICATE OF SERVICE**

I, Beth Moskow-Schnoll, hereby certify that on November 20, 2009, I

electronically filed the foregoing Twentieth Century Fox Home Entertainment LLC's

Request for Oral Argument with the Clerk of the Court using CM/ECF, which will send

notification of such filing to the following:

> Henry E. Gallagher, Jr.
> Chad S. C. Stover
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19899
> Tel: (302) 888-6288
> Fax: (302) 658-0380
> Email: hgallagher@cblh.com

> /s/  Beth Moskow-Schnoll
> Beth Moskow-Schnoll (No. 2900)