# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, Plaintiff, vs. TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC, Defendant. | ) ) ) ) ) )   Civil Action No. 09-592-RBK ) ) ) ) ) ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

Effective December 11, 2009, please note the following change of address for Corey C. Watson, counsel admitted *pro hac vice* for defendant Twentieth Century Fox Home Entertainment, LLC:

> Kirkland & Ellis LLP
> 333 S. Hope Street
> Los Angeles, California  90071

Mr. Watson's telephone number, fax number and e-mail address have not changed.

Dated:  December 10, 2009 Respectfully submitted,

 /s/  Beth Moskow-Schnoll
 Beth Moskow-Schnoll (No. 2900)
 BALLARD SPAHR LLP
 919 North Market Street, 12th Floor
 Wilmington, DE  19801
 Tel: (302) 252-4447
 Fax: (302) 355-0221
 Email: moskowb@ballardspahr.com

Neal Walters
BALLARD SPAHR LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043
Tel: (856) 761-3438
Email: waltersn@ballardspahr.com

*Attorneys for Twentieth Century Fox Home Entertainment, LLC*

OF COUNSEL

Yosef Riemer (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York City, NY 10022
Tel: (212) 446-4802
Email: yosef.riemer@kirkland.com

Corey C. Watson (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
333 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 680-8482
Email: corey.watson@kirkland.com