# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TWENTIETH CENTURY FOX HOME ) <br> ENTERTAINMENT, LLC ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Civil Action No. 09-592-RBK |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Pei Y. Chung to represent the plaintiff, Redbox Automated Retail, LLC, in this matter.

        /s/ Chad S.C. Stover
Henry E. Gallagher, Jr. (DE Bar ID # 495)
Chad S.C. Stover (DE Bar ID # 4919)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE  19801
Telephone:  (302) 658-9141

*Attorneys for Plaintiff*

Date:  December 21, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____      _____
                                             United States District Judge

743088_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 09-592-RBK ) |
| | ) **JURY TRIAL DEMANDED** |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC | ) ) ) |
| Defendants. | ) ) ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: December 21, 2009

Pei Y. Chung
GRIPPO & ELDEN LLC
111 South Wacker Drive
Suite 5100
Chicago, IL 60606
Phone: (312) 704-7700

831938.1