[Doc. No. 10]

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **REDBOX AUTOMATED RETAIL, LLC** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil No. 09-592 (RBK)** |
| | **:** | |
| **TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant** | **:** | |
| | **:** | |

## ORDER

IT IS HEREBY ORDERED, this 21st day of January, 2010, that plaintiff counsel's motion

for admission *pro hac vice* of Neal Walters is granted upon the condition that the annual fee of

$25.00 is paid to the Clerk of the Court in accordance with Standing Order for District Court

Fund effective 01/01/05.  <u>See</u> Local Rule, Form Motion for Admission Pro Hac Vice.


/s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge