[Doc. No. 11]

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **REDBOX AUTOMATED RETAIL, LLC** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 09-592 (RBK) |
| | : | |
| **TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC** | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER

IT IS HEREBY ORDERED, this 21st day of January, 2010, that plaintiff counsel's motion for admission *pro hac vice* of Corey Watson is granted upon the condition that the annual fee of $25.00 is paid to the Clerk of the Court in accordance with Standing Order for District Court Fund effective 01/01/05. <u>See</u> Local Rule, Form Motion for Admission Pro Hac Vice.

/s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge