[Doc. No. 26]

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **REDBOX AUTOMATED RETAIL, LLC** : | |
| Plaintiff, : | |
| v. : | Civil No. 09-592 (RBK) |
| **TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC** : | |
| Defendant : | |

## **ORDER**

IT IS HEREBY ORDERED, this 21st day of January, 2010, that plaintiff counsel's motion for admission *pro hac vice* of Colleen P. Sorensen is granted upon the condition that the annual fee of $25.00 is paid to the Clerk of the Court in accordance with Standing Order for District Court Fund effective 01/01/05.  See Local Rule, Form Motion for Admission Pro Hac Vice.

/s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge