IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TWENTIETH CENTURY FOX HOME )<br>ENTERTAINMENT, LLC )<br>)<br>Defendants. )<br>)<br>)<br>) | C.A. No. 09-592-RBK |

### NOTICE OF WITHDRAWAL OF ATTORNEY FROM CASE

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, Plaintiff notifies the Court that Michael S. Gulland of Grippo & Elden LLC, 111 South Wacker Drive, Chicago, Illinois 60606, has withdrawn as counsel for Plaintiff Redbox Automated Retail, LLC in the above-captioned civil action.

Dated: February 5, 2010                    Respectfully submitted,

                                          /s/ Chad S.C. Stover
                                          Henry E. Gallagher, Jr. (No. 495)
                                          Chad S.C. Stover (No. 4919)
                                          CONNOLLY BOVE LODGE & HUTZ LLP
                                          1007 North Orange Street
                                          Wilmington, DE 19801
                                          (302) 658-9141
                                          hgallagher@cblh.com
                                          cstover@cblh.com

753752_1.DOC

- 2 -

Charles S. Bergen
George R. Dougherty
Pei Y. Chung
Colleen P. Sorensen
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195


Frederick W. Stein
REDBOX AUTOMATED RETAIL, LLC
One Tower Lane, Suite 1200
Oakbrook Terrace, IL 60181
Phone: (630) 756-8255
Fax: (630) 756-8885


*Attorneys for Plaintiff*
*Redbox Automated Retail, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2010, I caused to be electronically filed **NOTICE OF WITHDRAWAL OF ATTORNEY FROM CASE** with the Clerk of Court using CM/ECF which will send notification of such filing to the following, and I have also sent the foregoing in the manner indicated:

| **VIA E-MAIL** | **VIA E-MAIL** |
|---|---|
| Yosef Riemer<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4802<br>Email: yosef.riemer@kirkland.com | Beth Moskow-Schnoll (No. 2900)<br>Barllard Spahr LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4447<br>Facsimile: (302) 355-0221<br>Email: moskowb@ballardspahr.com |
| Corey C. Watson<br>KIRKLAND & ELLIS LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8482<br>Email: corey.watson@kirkland.com | Neal Walters<br>Ballard Sphar LLP<br>Plaza 1000 - Suite 500<br>Main Street<br>Voorhees, NJ 08043<br>Telephone: (856) 761-3438<br>Email: waltersn@ballardsphar.com |

                                         /s/ Chad S.C. Stover
                                         Chad S. C. Stover (#4919)

753752_1.DOC