# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REDBOX AUTOMATED RETAIL, LLC, ) ) Plaintiff, ) ) vs. ) ) TWENTIETH CENTURY FOX HOME ) ENTERTAINMENT, LLC, ) ) Defendant. ) ) ) | Civil Action No. 09-592-RBK |

## TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC'S
## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Twentieth Century Fox Home Entertainment LLC ("Fox") hereby respectfully requests oral argument at the convenience of the Court on Fox's Motion to Dismiss Redbox's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (D.I. 43, 44), which is fully briefed.  Oral argument is particularly suitable on this motion because it would assist the Court in addressing the complexities of antitrust law, the application of current pleading standards to the allegations in this case, and the differences in this motion relative to the motion to dismiss decided in Redbox's case against Universal Studios. Addressing any of the Court's questions on this motion also is especially important because of the substantial discovery costs that will be incurred should the motion be denied.

Dated:  February 8, 2010                              Respectfully submitted,

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
Tel:     (302) 252-4447
Fax:    (302) 355-0221
Email: moskowb@ballardspahr.com


Neal Walters
BALLARD SPAHR LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043
Tel: (856) 761-3438
Email: waltersn@ballardspahr.com

OF COUNSEL

Yosef Riemer (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York City, NY 10022
Tel: (212) 446-4802
Email: yosef.riemer@kirkland.com

Corey C. Watson (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Tel: (213) 680-8482
Email: corey.watson@kirkland.com

*Attorneys for Twentieth Century Fox Home Entertainment LLC*